SCANNED at and Emailed 12/6/17 muxi by H. 3 pages
date       initials   No.

U.S. District Court
District of Connecticut

| | |
|---|---|
| Torrez | : No. 3:17cv1223 (SRU) |
| v | : |
| Dep't of Corr., et al. | : |
| | : |
| Torrez | : No. 3:17cv1211 (SRU) |
| v | : |
| Semple, et al. | : December 1, 2017 |

## Motion To Consolidate Cases

Plaintiff hereby moves the court to consolidate the above captioned cases. The two cases that should be consolidated are Torrez v. Dep't of Corr., et al., No. 3:17cv1223 (SRU) and Torrez v. Semple, et al., No. 3:17cv1211 (SRU). In support of this motion, the plaintiff represents the following:

1. Both cases are prison cases.
2. The claims encompass throughout both lawsuits are not unique claims or one of first impression.
3. Both cases assert supervisor liability.
4. Consolidation of the cases will streamline litigation for both the plaintiff and defendents counsel — Office of the Attorney General and will obviate the need for having two cases.
5. Consolidation of the cases will also preserve State resources with

respect to having multiple Assistant Attorney Generals represent two cases whereas a consolidation will only need one assistant attorney general while freeing up the other assistant attorney generals for necessary matters. Thus, a consolidation will benefit the Office of the Attorney General.

5. A consolidation will also benefit the court from having multiple cases with only one Plaintiff and one class of defendants of prison officials but also will streamline the court's calender with this Plaintiff and Defendants, and also obviate the need for the court to rule upon identicle motions and other motions that will be filed in both cases that can be all filed and ruled upon in one case thereby preserving judicial resources that can be paper intensive for the parties.

For the foregoing reasons, it is respectfully requested that the Court consolidate the cases.

Plaintiff Jose Anthony Torrez

Walker CI
1153 East St S.
Suffield, CT 06080

Certification

This was e-filed on 12-1-17 in accordance with the court's program.

Plaintiff, Pro Se

#403197   Jose Anthony Ortez

3